# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00052-CR

**Reginald Timothy Prince, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT
NO. 68543, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant Reginald Timothy Prince seeks to appeal a judgment of conviction for engaging in organized criminal activity. The trial court has certified that this is a plea bargain case and Prince has no right to appeal. *See* Tex. R. App. P. 25.2(a)(2), (d). Accordingly, we dismiss this appeal for want of jurisdiction.

_____

Diane M. Henson, Justice

Before Justices Puryear, Pemberton, and Henson

Dismissed for Want of Jurisdiction

Filed: October 3, 2012

Do Not Publish